UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

ECHOSTAR TECHNOLOGIES CORPORATION,

        Plaintiff,

- against -

VICTORIA ELHANANOV,
        Defendant(s).

**DEFAULT JUDGMENT**

Civil No. 05-CV-0837 ILG/SMG
Hon. Israel L. Glasser

---

The summons and complaint in this action having been duly served upon the defendant, **VICTORIA ELHANANOV** on March 11, 2005, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted;

NOW, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the plaintiff, it is hereby

**ORDERED AND ADJUDGED that ECHOSTAR TECHNOLOGIES CORPORATION** the plaintiff, does recover of **VICTORIA ELHANANOV** the sum of $110,000.00, the amount claimed, plus interest at the rate of nine (9%) per cent per annum on the sum of $110,000.00 from the **9th day of May, 2003** to the **8th day of June, 2005** in the sum of **$20,638.32** with **$240.00** costs and disbursements, and Attorney fees amounting to **$1,000.00** amounting in all to the sum of $131,878.32 plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefor.

Dated: [illegible] , 2005

                                    **HON. ISRAEL L. GLASSER**
                                    U.S.D.J